**Petition for Writ of Mandamus Dismissed and Memorandum Majority and Dissenting Opinions filed August 15, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00472-CR

---

### IN RE JOHN DAVIS BERNARD, JR., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1726657**

---

## MEMORANDUM MAJORITY OPINION

On July 7, 2023, relator John Davis Bernard, Jr. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to set aside his indictment in the underlying case.

Relator is seeking habeas-corpus relief in his mandamus petition. The courts of appeal have no original habeas-corpus jurisdiction in criminal matters. *In re*

*Ayers*, 515 S.W.3d 356, 356 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (citing Tex. Gov't Code Ann. § 22.221(d)).  Original jurisdiction to grant an application for a writ of habeas corpus in a criminal case is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts.  Tex. Code Crim. Proc. Ann. art 11.05.  Therefore, this court is without jurisdiction to consider relator's petition requesting habeas corpus relief.

Accordingly, relator's petition is dismissed for lack of jurisdiction.


PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain (Spain, J., dissenting).
Do Not Publish — Tex. R. App. P. 47.2(b).